

**ORDERED in the Southern District of Florida on May 17, 2017.**

*A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                      CASE NO.:  17-13197-BKC-AJC
                                                            Chapter 7
**JUSTO R. SERRANO**
SSN: XXX-XX-7394
**MARIANELO MIRANDA**
SSN: XXX-XX-8289

_____Debtors._____/

**ORDER GRANTING JOEL L. TABAS, TRUSTEE'S AGREED *EX PARTE* MOTION TO ENLARGE (A) TIME TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS AND (B) TIME TO FILE COMPLAINT <u>OBJECTING TO DEBTOR'S DISCHARGE</u>**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Agreed *Ex Parte* Motion to Enlarge Time to File Complaint Objecting to Debtor's Discharge (the "Motion") [ECF 22], and the Court, having reviewed the Motion, having noted the agreement of the parties, and based on the record, it is

**ORDERED** as follows:

1. The Motion is granted.

2, The Court finds that cause exists to enlarge the time for the Trustee to file objections to the Debtor's claimed exemptions.

3. The deadline for Joel L. Tabas, Trustee, to file objections to the Debtor's claimed exemptions, shall be enlarged up to and including, **July 14, 2017.**

2. The Court finds that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtor's discharge.

**3.** The deadline for Joel L. Tabas, Trustee to file a complaint objecting to the Debtor's discharge shall be enlarged up to and including, **July 14, 2017.**

# # #

Submitted By:

Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
25 S.E. 2nd Avenue, Suite 248
Miami, Florida  33131
Telephone:   (305) 375-8171
Facsimile:    (305) 381-7708
Jtabas@tabassoloff.com

Copy furnished to:
Joel L. Tabas
Attorney Joel L. Tabas is directed to serve copies of this Order on all interested parties and file a Certificate of Service.